BLANK ROME, LLP
Attorneys for Plaintiffs
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE McKENNA**

---

JACOB
TANKSCHIFFAHRTSGESELLSCHAFT
GMBH & CO. KG and LOS ROQUES
SHIPPING LTD., as Owner of the M/V
LOS ROQUES,

                    Plaintiffs,

          v.

MILAN SHIPPING CO. LTD.,

                    Defendant.

---

**'07 CIV 7085**

07 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**



AUG 09 2007

U.S.D.C. S.D. N.Y.
CASHIERS

          Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the

Court to evaluate possible disqualification or recusal, the undersigned attorney of record

for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or

affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
          August 8, 2007

                              Respectfully submitted,
                              BLANK ROME, LLP
                              Attorneys for Plaintiffs

                              By _____
                              Jeremy J.O. Harwood (JH 9012)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000