ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiffs
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB TANKSCHIFFAHRTSGESELLSCHAFT GMBH & CO. KG and LOS ROQUES SHIPPING LTD., as Owner of the M/V LOS ROQUES,<br><br>Plaintiffs,<br><br>v.<br><br>MILAN SHIPPING CO. LTD.,<br><br>Defendant. | 07 Civ. 7085 (LMM)<br><br>**ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

Upon reading and filing the Verified Complaint of Plaintiffs, JACOB TANKSCHIFFAHRTSGESELLSCHAFT GMBH & CO. KG and LOS ROQUES SHIPPING LTD., as Owner of the M/V LOS ROQUES ("Plaintiffs"), verified on August 8, 2007 by Jeremy J.O. Harwood, Esq., that to the best of his information and belief, the Defendant MILAN SHIPPING CO. LTD., cannot be found within this district, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Blank Rome LLP, attorneys for Plaintiffs, it is hereby,

ORDERED, that the Clerk of this Court is authorized to issue the Process of Maritime Attachment and Garnishment against all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, including, without limitation, assets held by or at:

1. The Bank of New York
2. Bank of America
3. JP Morgan Chase
4. ABN Amro Bank
5. Barclay's Bank
6. BNP Paribas
7. Citibank
8. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
9. Fortis Financial Groups
10. HSBC Bank USA

and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishees in this district not named herein, in an amount up to and including $315,600 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a

prompt hearing at which the Plaintiffs shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each garnishee and, it is further,

**ORDERED,** that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further,

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further,

**ORDERED,** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: August 9, 2007                    SO ORDERED:

                                         _____
                                         U.S.D.J.
                                         A CERTIFIED COPY
                                         J. MICHAEL McMAHON,         CLERK

                                         BY _____
                                              DEPUTY CLERK

## SCHEDULE A

1. The Bank of New York
2. Bank of America
3. JP Morgan Chase
4. ABN Amro Bank
5. Barclay's Bank
6. BNP Paribas
7. Citibank
8. Deutsche Bank and/or Deutsche Bank Trust Co. Americas
9. Fortis Financial Groups
10. HSBC Bank USA

346661.1
900200.00001/6566833v.1

4