UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                         :
JACOB TANKSCHIFFAHRTSGESELLCHAFT  :
GMBH & CO. KG, & LOS ROQUES       :
SHIPPING LTD.,                        :
                                                         :
                    Plaintiff,       :
          v.                           :    07 Civ. 7085 (BSJ)
                                                         :    **Order**
MILAN SHIPPING CO. LTD.,          :
                                                          :
                    Defendant.      :
                                                         :
----------------------------------------X



BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    On November 19, 2008 the Court issued an Order requesting that Plaintiff advise the Court as to whether: (1) any assets belonging to Defendant have been attached and (2) any suit or arbitration of the claim(s) has been commenced. The Court received no response. The Court issued a second Order directing the same on March 5, 2009. In that Order, the Court informed Plaintiff that if it failed to advise the Court as directed on or before March 20, 2009, the action would be dismissed without prejudice, without costs, and without further notice to any party. The Court again received no response. Accordingly, the Court's Order of Attachment of August 9, 2007 is vacated and this action is dismissed without prejudice. The Clerk of the Court is directed to close this case.

SO ORDERED:

                                                                                         BARBARA S. JONES
                                                                                         UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
            May 26, 2009

2